FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)      Case Number **6:10−bk−21055−ABB**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 24, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carmelo Hernandez Ortiz<br>1732 Islebrook Drive<br>Orlando, FL 32824 | Carmen Rivera Quiles<br>1732 Islebrook Drive<br>Orlando, FL 32824 |
| Case Number:<br>6:10−bk−21055−ABB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0402<br>xxx−xx−8249 |
| Attorney for Debtor(s) (name and address):<br>Sultana L Haque<br>Sultana Law, PAs<br>1643 Hillcrest Street<br>Orlando, FL 32803<br>Telephone number: (407) 545−2099 | Bankruptcy Trustee (name and address):<br>George E Mills Jr<br>Post Office Box 995<br>Gotha, FL 34734−0995<br>Telephone number: 407−292−5780 |

## Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones into the Courthouse.

Date: **January 7, 2011**      Time: **04:00 PM**
Location: **6th Floor Suite 600, 135 West Central Boulevard, Orlando, FL 32801**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**
**March 8, 2011**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>135 West Central Boulevard Suite 950<br>Orlando, FL 32801<br>Telephone number: 407−648−6365 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: November 29, 2010 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>** Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 45 days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. ** **Applies to cases filed on or after October 17, 2005**. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch−tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1−866−879−1286. |

# CERTIFICATE OF NOTICE

```
District/off: 113A-6            User: kbrickner              Page 1 of 1                 Date Rcvd: Nov 29, 2010
Case: 10-21055                  Form ID: B9A                 Total Noticed: 19
```

The following entities were noticed by first class mail on Dec 01, 2010.
```
db/jdb     +Carmelo Hernandez Ortiz,   Carmen Rivera Quiles,   1732 Islebrook Drive,   Orlando, FL 32824-5638
aty        +Sultana L Haque,   Sultana Law, PAs,   1643 Hillcrest Street,   Orlando, FL 32803-4809
tr          George E Mills, Jr,   Post Office Box 995,   Gotha, FL 34734-0995
19501136   +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
19501138   +Capio,   2222 Texoma Pkwy,   Sherman, TX 75090-2470
19501142   +Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
19501144   +North Amercn,   2810 Walker Rd,   Chattanooga, TN 37421-1082
19501145   +Pcs,   PO Box 538092,   Orlando, FL 32853-8092
19501146   +Rmb, Inc,   409 Bearden Park Cir,   Knoxville, TN 37919-7448
```
The following entities were noticed by electronic transmission on Nov 30, 2010.
```
tr          EDI: BGEMILLSJR.COM Nov 29 2010 21:38:00      George E Mills, Jr,   Post Office Box 995,
             Gotha, FL 34734-0995
ust        +E-mail/Text: ustp.region21.or.ecf@usdoj.gov                          United States Trustee - ORL7,
             135 W Central Blvd., Suite 620,   Orlando, FL 32801-2440
19501135    EDI: HNDA.COM Nov 29 2010 21:38:00      Am Honda Fin,   6261 Katella Ave # 1 A,
             Cypress, CA 90630
19501137   +EDI: BANKAMER.COM Nov 29 2010 21:38:00      Bank Of America,   Attn: Bankruptcy NC4-105-03-14,
             PO Box 26012,   Greensboro, NC 27420-6012
19501139   +EDI: CHASE.COM Nov 29 2010 21:38:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19501140   +EDI: CHASE.COM Nov 29 2010 21:38:00      Chase Bank Usa, Na,   Po Box 15298,
             Wilmington, DE 19850-5298
19501141   +EDI: CHASE.COM Nov 29 2010 21:38:00      Chase/cc,   Po Box 15298,   Wilmington, DE 19850-5298
19501148    EDI: FLDEPREV.COM Nov 29 2010 21:38:00      Florida Department of Revenue,   Bankruptcy Unit,
             Post Office Box 6668,   Tallahassee FL 32314-6668
19501143   +EDI: RMSC.COM Nov 29 2010 21:38:00      Gemb/jcp,   Attention: Bankruptcy,   PO Box 103104,
             Roswell, GA 30076-9104
19501149    EDI: IRS.COM Nov 29 2010 21:38:00      Internal Revenue Service,   Post Office Box 21126,
             Philadelphia PA 19114
19501147   +E-mail/Text: Bankruptcy@octaxcol.com                          Orange County Tax Collector,
             Attn: Earl K. Wood,   Post Office Box 2551,   Orlando FL 32802-2551
                                                                                               TOTAL: 11
```
```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**                                     **Signature:**  *Joseph Speetjens*